United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Cr. No. H-25-0073**

**ANDREW GEORGE CORTEZ**

**ORDER**

Defendant Andrew George Cortez's Unopposed Motion to Continue is GRANTED.

Pretrial motions shall be filed by December 14, 2026.

Responses shall be filed by January 4, 2027.

A pretrial conference is set for **January 14, 2027 at 2:30** pm .Trial in this case is set for **January 19, 2027 at 9:00 am.**

SIGNED at Houston, Texas on October 5, 2026.

HONORABLE ALFRED BENNETT,
UNITED STATES DISTRICT JUDGE